| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | BOBBIE J. MONTOYA<br>Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA ARTATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIV-S-04-2258 PAN<br><br>[proposed] ORDER DISMISSING CASE |

The above-captioned case is hereby DISMISSED under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, pursuant to the stipulation of the parties.

SO ORDERED.

Dated: May 2, 2005.

　　　　　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski　　
　　　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　　　Magistrate Judge